# IN THE SUPREME COURT OF THE STATE OF NEVADA

GARY JASKOL; AND BRENDA LEE JASKOL, D/B/A MOUNTAIN WEST FLOORING,

Appellants,

vs.

ALJ REGIONAL HOLDINGS, INC.; FLOORS N MORE, LLC, D/B/A CARPETS N MORE; AND STEVE CHESIN,

Respondents.

No. 74754

**FILED**

FEB 26 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL AND VACATING CONDITONAL SANCTIONS*

This is an appeal from an order granting a motion to strike a request for trial de novo and denying a countermotion for sanctions. Eighth Judicial District Court, Clark County; Adriana Escobar, Judge.

On January 31, 2019, this court entered an order conditionally imposing sanctions on counsel for appellants based on their failure to timely file the opening brief and appendix. Counsel has filed a timely notice of appellants' voluntary withdrawal of the appeal. *See* NRAP 42(b). Accordingly, this court vacates the conditional sanction and

ORDERS this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

SUPREME COURT
OF
NEVADA

(O) 1947A

19-08657

cc: Hon. Adriana Escobar, District Judge
William C. Turner, Settlement Judge
The Law Office of Dan M. Winder, P.C.
McDonald Carano LLP/Las Vegas
Shearman & Sterling, LLP
Supreme Court Law Librarian
Eighth District Court Clerk